**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**JAMES E. MCNAIR,**

**Plaintiff,**

**v.** **Case No. 4:26-cv-163-AW-MJF**

**RICHARD COMERFORD, Secretary,**
**Florida Department of Corrections, et al.,**

**Defendants.**
_______________________________/

# ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff did not accurately disclose his litigation history, and that failure constitutes a violation of the court's local rules. The magistrate judge issued a report and recommendation (ECF No. 16), which recommends dismissal on that basis. Plaintiff has not objected to the report and recommendation.

Having considered the matter, I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice based on Plaintiff's failure to comply with the court's local rules." The clerk will then close the file.

SO ORDERED on November 9, 2026.

s/ *Allen Winsor*
Chief United States District Judge